# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135829

KATHERINE GRISWOLD, Personal
Representative of the ESTATE OF MARILYN
I. MALONE,
        Plaintiff-Appellant,

v

GENESYS REGIONAL MEDICAL CENTER,
d/b/a GENESYS HEALTH SYSTEM, GENESYS
HEALTH PARK, and GENESYS REGIONAL
MEDICAL CENTER AT HEALTH PARK;
TRINITY HEALTH – MICHIGAN, f/k/a
CATHERINE MCAULEY HEALTH SYSTEM,
d/b/a ST. JOSEPH MERCY HEALTH SYSTEM
and ST. JOSEPH MERCY HOSPITAL, ANN
ARBOR; SELECT SPECIALTY HOSPITAL –
ANN ARBOR, INC., MICHIGAN
HOSPITALISTS, P.C., and DAVID M.
VANDENBERG, M.D.,
        Defendants-Appellees.
_____/

SC: 135829
COA: 275223
Washtenaw CC: 06-000930-NH

On order of the Court, the application for leave to appeal the January 3, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2008

Clerk

d0421